GALINA KLETSER JAKOBSON, ESQ.
Nevada Bar No. 6708
MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
KATHY A. MCCARTHY, ESQ.
Nevada Bar No. 11204
**FREEMAN MATHIS & GARY, LLP**
770 E. Warm Springs Road, Suite 360
Las Vegas, Nevada 89119
Tel.:  725.258.7360
Fax:  833.336.2131
Galina.Jakobson@fmglaw.com
Michael.Edwards@fmglaw.com
Kathy.McCarthy@fmglaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARGONAUT MIDWEST INSURANCE COMPANY, a Nebraska Corporation,<br><br>Plaintiff,<br><br>v.<br><br>YOU MOVE WE MOVE, INC., a Nevada Corporation, ALFONSO PEREZ-GARCIA, a Nevada resident, JOSE DE JESUS IBARRA, a Nevada resident, DOES 1-20, DOE CORPORATIONS 1-20,<br><br>Defendants. | Case No.:  2:25-cv-00376-CDS-NJK<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO SET ASIDE CLERK'S DEFAULT** |

Plaintiff ARGONAUT MIDWEST INSURANCE COMPANY ("Plaintiff") and Defendants ALFONSO PEREZ-GARCIA and JOSE DE JESUS IBARRA ("Defendants") stipulate as follows:

1. The clerk's default entered against Defendant ALFONSO PEREZ-GARCIA on June 18, 2025 [ECF No. 15] will be set aside.

2. The clerk's default entered against Defendant JOSE DE JESUS IBARRA on June 18, 2025 [ECF No. 16] will be set aside.

. . .

3. Defendants will file a responsive pleading on Friday, June 27, 2025.

Dated this 23rd day of June 2025.              Dated this 23rd day of June 2025.

**FREEMAN MATHIS & GARY, LLP**           **RALPH A. SCHWARTZ, P.C.**

/s/ Kathy A. McCarthy                                    /s/ Ralph A. Schwartz
Galina Kletser Jakobson, Esq.                     RALPH A. SCHWARTZ, ESQ.
Nevada Bar No. 6708                                    Nevada Bar No. 5488
Michael M. Edwards, Esq.                          400 South Seventh Street, Suite 100
Nevada Bar No. 6281                                    Las Vegas, Nevada 89101
Kathy A. McCarthy, Esq.                              *Attorney for Defendants,*
Nevada Bar No. 11204                                 *Alfonso Perez-Garcia and Jose De Jesus*
770 E. Warm Springs Rd., Ste. 360            *Ibarra*
Las Vegas, Nevada 89119
*Attorneys for Plaintiff,*
*Argonaut Midwest Insurance Company*

**ORDER**

**IT IS SO ORDERED.**

DATED June 24, 2025

_____
UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE