**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ARGONAUT MIDWEST INSURANCE COMPANY, | Case No. 2:25-cv-00376-CDS-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| YOU MOVE WE MOVE, INC., et al., | |
| Defendant(s). | |

     On February 27, 2025, Plaintiff initiated this interpleader action.  Docket No. 1.  On June 27, 2025, Defendants Alfonso Perez-Garcia and Jose De Jesus Ibarra filed an answer.  Docket No. 20.  Plaintiff was required to file a motion for a scheduling conference within 30 days of that answer, Local Rule 22-1, but has not done so.  Plaintiff must file the required motion by August 8, 2025.  **Failure to comply with this order may result in dismissal**.  Local Rule 22-1.

     IT IS SO ORDERED.

     Dated: August 1, 2025

                                    _____

                                    Nancy J. Koppe
                                    United States Magistrate Judge