# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARGONAUT MIDWEST INSURANCE COMPANY,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>YOU MOVE WE MOVE, INC., et al.,<br><br>　　　Defendant(s). | Case No. 2:25-cv-00376-CDS-NJK<br><br>**Order** |

Pending before the Court is Plaintiff's motion for scheduling conference pursuant to Local Rule 22-1, Docket No. 24, which is GRANTED. An in-person scheduling conference is SET for 4:00 p.m. on September 24, 2025.

IT IS SO ORDERED.

Dated: August 7, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1