# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARGONAUT MIDWEST INSURANCE COMPANY,<br><br>  Plaintiff(s),<br><br>v.<br><br>YOU MOVE WE MOVE, INC., et al.,<br><br>  Defendant(s). | Case No. 2:25-cv-00376-CDS-NJK<br><br>**Order**<br><br>[Docket No. 26] |

    This is an interpleader case with a scheduling conference set for September 24, 2025. Docket No. 25. The Court will discuss with counsel at that scheduling conference, *inter alia*, a case management schedule. *See* Local Rule 22-1. Accordingly, the parties' proposed discovery plan (Docket No. 26) is **DENIED** as moot.

    IT IS SO ORDERED.

    Dated: August 12, 2025

                                                  Nancy J. Koppe
                                                 United States Magistrate Judge