AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Argonaut Midwest Insurance Company,

              Plaintiffs,

    v.

You Move We Move, Inc et al.,

              Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:25-cv-00376-CDS-NJK

____  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

DEFAULT JUDGMENT entered in favor of Argonaut Midwest Insurance Company and against You Move We Move, Inc. Argonaut is entitled to attorney's fees in a total amount of $7,994.50 and $845.45 in costs. Argonaut is dismissed from this action with prejudice and discharged from any further liability arising out of or related to the Uninsured Motorist Policy. Defendants You Move We Move, Alfonso Perez-Garcia, and Jose de Jesus Ibarra are permanently enjoined from asserting or bringing any claims against Argonaut relating to the proceeds of the UM Policy.

03/19/2026
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ RJDG
_____
Deputy Clerk