GALINA KLETSER JAKOBSON, ESQ.
Nevada Bar No. 6708
MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
KATHY A. MCCARTHY, ESQ.
Nevada Bar No. 11204
**FREEMAN MATHIS & GARY, LLP**
770 E. Warm Springs Road, Suite 360
Las Vegas, Nevada 89119
Tel.: 725.258.7360
Fax: 833.336.2131
Galina.Jakobson@fmglaw.com
Michael.Edwards@fmglaw.com
Kathy.McCarthy@fmglaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ARGONAUT MIDWEST INSURANCE COMPANY, a Nebraska Corporation,

Plaintiff

v.

YOU MOVE WE MOVE, INC., a Nevada Corporation, ALFONSO PEREZ-GARCIA, a Nevada resident, JOSE DE JESUS IBARRA, a Nevada resident,

Defendants

Case No.: 2:25-cv-00376-CDS-NJK

**ORDER ENTERING FINAL JUDGMENT AND INTERPLEADER DISBURSEMENT**

[ECF No. 38]

Having considered Plaintiff, ARGONAUT MIDWEST INSURANCE COMPANY'S ("AMIC" or "Argonaut"), Motion For Entry of Final Judgment and Order of Interpleader Disbursement and the pleadings and papers on file herein, the Court HEREBY FINDS:

1. On February 27, 2025, Argonaut Midwest Insurance Company ("AMIC") filed its Complaint to Interplead Underinsured Motorist Insurance Policy Limits due to a dispute among Defendants concerning the policy proceeds. Compl., ECF No. 1.

2. On September 24, 2025, the Court granted AMIC's Motion to Deposit Interpleader Funds in the amount of $100,000.00. Mins. of proceed., ECF No. 30.

3. On September 29, 2025, AMIC deposited the disputed Underinsured Motorist Insurance Policy Limits in the amount of $100,000.00 ("Interpleader Funds") into the Registry Account of the Court. Cert., ECF No. 31.

4. On March 19, 2026, the Court granted AMIC's Motion for Discharge, Dismissal, and Attorneys' Fees and Costs (ECF No. 36), awarding AMIC attorney's fees totaling $7,994.50 and costs totaling $845.45; dismissing AMIC from this action with prejudice and discharging AMIC from any further liability arising out of or related to the Underinsured Motorist Insurance Policy; and permanently enjoining Defendants You Move We Move, Alfonso-Perez Garcia, and Jose De Jesus Ibarra from asserting or bringing any claims against AMIC relating to the proceeds of the Underinsured Motorist Insurance Policy. Order, ECF No. 36. The Court also entered default judgment in favor of Argonaut Midwest Insurance Company and against You Move We Move, Inc. Default j., ECF No. 37.

THE COURT HEREBY CONCLUDES that the Interpleader Funds, plus accumulated interest, should be disbursed to the following persons, as payees for the respective parties, at the following addresses and in the following amounts:

1) <u>Amount</u>: $8,839.95 ($7,994.50 in attorney's fees and $845.45 in costs), plus 9% of the accumulated interest
<u>Payee</u>: Freeman, Mathis, & Gary, LLP
c/o Kathy McCarthy (Attorney for AMIC)
770 East Warm Springs Road
Suite 360
Las Vegas, Nevada 89119

2) <u>Amount</u>: $91,160.05, plus 91% of the accumulated interest
<u>Payee</u>: Ralph A. Schwartz, P.C.
c/o Ralph Schwartz (Attorney for Defendants Alfonso Perez-Garcia and Jose De Jesus Ibarra)
400 South Seventh Street
Suite 100
Las Vegas, Nevada 89101

The payees will provide their W-9s to the Finance Department.

THEREFORE, based upon the record in this matter and for good cause shown:

IT IS HEREBY ORDERED that AMIC (Argonaut) is entitled to $8,839.95 ($7,994.50 in attorney's fees and $845.45 in costs) from the Interpleader Funds, plus 9% of the accumulated interest,

and the Clerk of Court must disburse $8,839.95, plus 9% of the accumulated interest, payable and mailed to Freeman Mathis & Gary, LLP, 770 East Warm Springs Road, Suite 360, Las Vegas, Nevada 89119, Attention: Kathy McCarthy.

IT IS FURTHER ORDERED that defendants Alfonso Perez-Garcia and Jose De Jesus Ibarra are entitled to $91,160.05 from the Interpleader Funds, plus 91% of the accumulated interest, and the Clerk must disburse $91,160.05, plus 91% of the accumulated interest, payable and mailed to Ralph A. Schwartz, P.C., 400 South Seventh Street, Suite 100, Las Vegas, Nevada 89101, Attention: Ralph A. Schwartz.

IT IS FURTHER ORDERED, this matter is dismissed with prejudice, each party to bear its own fees and costs except as otherwise set forth herein.

The Clerk of Court is kindly instructed to close this case.

________________________________
UNITED STATES DISTRICT JUDGE

DATED: July 30, 2026